1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIFFANY HOWARD,                    No.  2:20-cv-02097-WBS-CKD

12              Plaintiff,

13        v.                            ORDER

14   MEDICAL CARE PROVIDERS FOR
     C.D.C.R.,
15
                Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On May 6, 2021, the magistrate judge filed findings and recommendations herein which

22   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

23   and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

24   the findings and recommendations.

25        The court presumes that any findings of fact are correct.  See Orand v. United States, 602

26   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

27   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

28   reviewed the file, the court finds the findings and recommendations to be supported by the record

1  and by the magistrate judge's analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.  The findings and recommendations filed May 6, 2021, are adopted in full; and

4       2.  This action is dismissed without prejudice.

5  Dated:  July 6, 2021

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14  12/howa2097.800.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28